AA

# CLIENT AUTHORIZATION

The undersigned, being all of the members of the board of directors of Tiger Creek Safari Resort, a Texas corporation (the "Client"), being duly authorized, do hereby consent, agree and certify to Universal Guardian Acceptance, LLC ("UGA") that the following individual(s) _Sean Hornbeck_, _Scott King_, _Karen Hewitt_, _Joshua Smith_ have the authority and are each authorized on behalf of the Client from time to time to execute and deliver to UGA purchase and/or service agreement(s), notes, checks, drafts, contracts, agreements and other direct or indirect obligations of the Client and to give security therefore; to transfer, assign, endorse, guarantee, sell, pledge or otherwise negotiate and deliver to UGA any and all contracts, accounts receivable, invoices, bills, notes, checks and other forms of obligations or documents belonging or payable to the Client; to sign, execute, endorse and deliver any and all assignments, endorsements, guarantees, and other documents and to do and perform any and all other acts or things in any way relating to any or all of the foregoing or relating to any existing or future agreement between the Client and UGA; and authorize UGA to hard code and electronically sign the above-referenced individual(s) name(s) on behalf of Client on any contract offered by Client to UGA for purchase and/or servicing and not otherwise signed by Client. The authority and powers of each of the above-referenced individual(s) is continuing and UGA shall have the right to rely thereon until written notice of termination thereof is given by the undersigned and received by UGA.

IN WITNESS WHEREOF, the undersigned have executed this Authorization effective _5-25_, 20_17_

**Members:**

By: _Brian Werner_                     By: _____

By: _Joshua Smith_                     By: _____

By: _____           By: _____

By: _____           By: _____

By: _____           By: _____

AB


## Updated financing

**Sean Hornbeck** <shornbeck@yourtsadvocate.com>                           Fri, May 19, 2017 at 10:59 AM
To: admin@tigercreek.com, Joshua Smith <JSMITH@tigercreek.com>, Brian Werner <bwerner@tigerlink.org>
Cc: Scott King <sking@yourtsadvocate.com>

1.  We have been approved and are awaiting the co-branded application for a point of sale Visa card. I will email Karen the instructions. To apply, people need to have a cell phone that receives text messages.  That is the only requirement.  You don't need anything for the application.   This should be active today.  You will have a co-branded website as well.

2.  We have passed the credit committee at UGA, and we are under my plan.  We are awaiting contracts and should have it today. I have been assured that this will be in place for Tuesday.  Karen, Scott and I will do training

3.  You currently have direct to consumer financing available through Flexxbuy on the website I provided you. http://flexxbuy.com/tiger-creek-safari-resort/. (This is to be used for large deals—this has a cost of $59 per month, but it is well worth it…we can cancel at any time—it also allows refinancing).

We will make one week off after the first show and then do Houston for two weeks.  Next week is crucial so we want everyone ready.

Thanks

Sean

AC



# INSTANT POINT OF SALE VISA NOW ACTIVE

**Sean Hornbeck** <shornbeck@yourtsadvocate.com>                    Fri, May 19, 2017 at 11:51 AM
To: admin@tigercreek.com, Brian Werner <bwerner@tigerlink.org>, Joshua Smith <JSMITH@tigercreek.com>
Cc: Scott King <sking@yourtsadvocate.com>

POINT OF SALE VISA IS NOW ACTIVE.

Karen, please see the Blispay assets page, and review the Merchant Playbook at the link below.
https://drive.google.com/open?id=0B5yDZT2c0CIPaFJ6YUk1NUhKN3c

Please select some of the signs, throw them in frames, and use liberally in the showroom.  Additionally, please print some for us to put in the folks take home bags.

Thanks

Sean

Begin forwarded message:

**From:** Marissa Tucker <mtucker@blispay.com>
**Subject: Blispay Merchant Follow Up - Tiger Creek Safari**
**Date:** May 19, 2017 at 11:39:54 AM CDT
**To:** Sean Hornbeck <shornbeck@tigercreek.com>

Hi Sean,
Thanks for returning the signed merchant agreements. You should have automatically received a countersigned copy from HelloSign for your records. If you have not, let me know and I'll send over a copy.

At the below link, you will be able to view and download our Blispay assets that you can display on location, Online or on Social Media as well as our Merchant Playbook that outlines what we have seen work best.
https://drive.google.com/open?id=0B5yDZT2c0CIPaFJ6YUk1NUhKN3c

We have generated custom URLs for you to use when you mention Blispay Online or on Social Media. They currently direct to our standard application page, but in a week or so, they will automatically update to direct to a page with your business name on it.
Tiger Creek URL: https://blspy.co/2r0uPdI

When talking with your customers, you can verbally direct them to apply at:
https://blispay.com/tigercreek

Please follow-up with the additional information requested for each company. When do you plan to start offering Blispay to your customers?

Thanks,
Marissa Tucker
Merchant Partnerships, Blispay
mtucker@blispay.com
(410) 941-9580

Visit https://blispay.com/merchants to learn more.
Check out our Merchant Successes here!

AD

From: **Brian Werner** bwerner@tigerlink.org
Subject: Re: [Spam] LOAN PROGRAM
Date: May 15, 2017 at 12:35 PM
To: Sean Hornbeck shornbeck@yoursadvocate.com, Admin@tigercreek.com
Cc: Joshua Smith JSMITH@TIGERCREEK.COM, Scott King sking@yoursadvocate.com

Can we do everything as jist TIGER CREEK SAFARI

ITS A DBA


Have a super fantastic day!

Brian Werner

-------- Original message --------
From: Sean Hornbeck <shornbeck@yoursadvocate.com>
Date: 5/15/17 12:28 PM (GMT-06:00)
To: admin@tigercreek.com
Cc: Joshua Smith <JSMITH@TIGERCREEK.COM>, Brian Werner <bwerner@tigerlink.org>, Scott King
<sking@yoursadvocate.com>
Subject: [Spam] LOAN PROGRAM

This is part one of the loan programs we now have and you now have a co-branded site:

http://flexxbuy.com/tiger-creek-safari-resort/


Below is an excerpt from their welcome kit. It contains useful information on how the portal works. A link to the training manual and
training video is listed below.

Thanks

Sean


We welcome Tiger Creek Safari Resort to our consumer financing program!

We are excited to welcome you as a new Merchant Member, and we look forward to a successful partnership.

Please read all of the information within this email, it contains important information regarding your account and use of the program.

----------------------------------------------------------------------------------------------------
By now you should have received your invitation for the FLEXXBUY portal. You can login to the merchant portal
here:https://flexxbuyapps.highrisehq.com/
----------------------------------------------------------------------------------------------------

Your online application has been created. The link below can be incorporated into your website or provided to your potential
customers to submit their applications electronically.

Any application submitted through this link will be automatically assigned to you and can be viewed or edited through your merchant
portal.

http://flexxbuy.com/tiger-creek-safari-resort/ (Use this link for customer applications)
--------------------------------------------------

The application process is as follows:

Step 1, the loan application is completed.
Step 2. The borrower will click on "I Accept" and receive an instant decision.

You will be notified of all progress through the Highrise account. We ask that you assist us in the process by encouraging your
customer to stay engaged so we can help get these loans funded.

More information about the application process can be found in our user manual, located at: http://bit.ly/2hnMhR1, and in our training
video, located at: https://youtu.be/sx-G8br9WDc
--------------------------------------------------

AE


Text Message
Today 6:51 PM

I've been tied up with dinner tours. I will try and call after the last wave.
Brian Werner

Ok cool and thank you. Where are y'all having dinner tours?

All across the country. Mostly southwestern US

Launched 2 teams, working on 3rd

3 states, Texas, New Mexico and Colorado thos week

This

Cool

How's your sales going?

All the ones I did for Tiger Creek are solid. Have been unemployed since Houston


All the ones I did for Tiger Creek are solid. Have been unemployed since Houston

Attorney is working with Kings Lawyer on what they did

Ok well we can discuss all that when you call. I'll let you get back to your tours.

We sent over $12,800 plus to Sean through King. Did he not pay you guys?

4 wire transfers

No. What date did you wire it to them?

Not sure, back in may and june

Why didn't you send directly to me, as I was your employee not theirs.

Th.. ..:. .. ..........................

 Text Message 

They said they represented you all

Our employment contract was with you not them

Maybe, maybe not...they accepted at least 2 wires with invoices they sent for commisions

That was before my sales funded so that money wasn't for me

They named you and each sales person in the alleged action through email.

I know you are pretty closely connected to them so you might want to talk to Sean

Even in response thier lawyer named each of you so clearly she represents you. This will have to play out in its course.

 Text Message ⬆


I think you are a part of a proposed mediation (spelling?)

Ok. Not sure what you are referring to on an alleged action. Any money you sent them did not come to me. You are the one who is supposed to pay me per my contract with you and tiger creek. I haven't retained any attorney, so no one represents me. I know of no proposed mediation. I have not been consulted on this except to be told to check with you, as you were my employer. I just want you to pay me for what you contracted to pay me. All of my deals are 100% solid and fully funded.

Well if that's what you needed to discuss they named you so its all tied up in legal.

All I know is that we were suddenly unemployed with no

    Text Message    


All I know is that we were suddenly unemployed with no contact from you or josh, hotel rooms cancelled and stranded in Houston. Brian there is no legal proceeding. You have a legal obligation to pay me. They do not speak on my behalf. They were and are not my employer. You were.

What exactly was I named in?

| | |
|---|---|
| Straus | 1000 |
| | 6000 |
| Dixon | 2495 |
| Castro | 5000 |
| | 5000 |
| | 10000 |
| Coney | 8000 |
| Halamicek | 5000 |
| Hallums | 4100 |
| Tornga | 3745 |
| Rivera | 1000 |
| Morse | 5000 |
| Cronk | 15000 |
| TREMBATH | 500 |
| Corbett | 4869.53 |

Multiple line entries demonstrate multiple methods of payment. After adjusting the expenses on the deals, the following commissions are owed:

Text Message


| Amy Martinez | 1650.86 | |
| David | 1005.02 | |
| Jeff | 5060 | |
| Knoll | 1220 | |
| King | 8814.49 | (Includes Sean |

They are speaking for you, this email

That's just a list of the deals and commissions owed.

That's not a legal proceeding

Allegedly

Yes

And includes your name.

Well yes my name is listed as it shows you owe me money. As for "Allegedly", you have the deals, you have the cash from the clients do the math and pay me my commission please

My contract was with Tiger Creek directly. I have a copy here. It's not with King or Hornbeck.



Text Message  ↑


We only pay on 100 percent funded deals that we marketed. Our auditor is working on that.

Again, they do not speak on my behalf except to report deals and commissions owed to me. Your employee.

All of mine are fully funded. I've been doing this a long time it doesn't take this long to audit them

We do not pay when litigation or the threat of litigation is made.

You have owed me this money for almost a month

I haven't threatened litigation and am no part of any litigation so you have to pay me

Not sure, auditor is going through it with attorneys

How much after product costs

 Text Message


How much after product costs do you think your sales were?

I am broke and starving! Again this money has been owed for almost a month! I fulfilled my part of my contract with Tiger Creek. I expect you to do the same.

Dont include allrgeded self generated sales.

I can get you those totals. My commissions were $5,060

These aren't self gens. These are tours that were booked in

Cannot go off what King or Hornbeck sent

So your saying your commissions are 12 percent?

And that you sold $41,666 after product costs?

  Text Message


$42,166.66?

Typo,

I'm not asking you to. I am asking you to look at the deals and money received and pay accordingly. It doesn't take long to do that.

Any unfunded or financed are not eligible

Rough guess, that would be the approximate total. Not at home so don't have all my deal info with me

All mine are funded.

And until litigation is lifted we will have to wait, auditors still sorting

There IS NO litigation. I am a singular employee and his employer to live up to his




Text Message


There IS NO litigation. I am a singular employee and his employer to live up to his contract.

I have not filed any litigation nor am any part of any litigation. I can't afford dinner let alone an attorney.

Talk to King and Hornbeck, they hace named you on multiple occasions

No. I'm not talking to them anymore. They are NOT MY EMPLOYER.

Apparently thier lawyer represents you

That email came this week

Legally impossible as 1)I have never spoken to any attorney regarding this, 2) I have not retained an attorney regarding

 Text Message



Legally impossible as 1)I have never spoken to any attorney regarding this, 2) I have not retained an attorney regarding this, so by law I can not be a part of any litigation.

Please forward me this email to jeffweaver@me.com

I understand what you ate saying, but they are saying that you are under King Consulatants

Well I don't have an employment contract with them. I have one with Tiger Creek and you

Youll have to see your lawyer for email

I don't and can't afford a lawyer

Who is this lawyer that is allegedly representing me?

Ask sean



Text Message





I'm asking you!  As apparently I need to contact them to have them inform you  they do not represent me

Sir,
Even if you were dropped from litigation we did not receive the amounts that they cited as gross receipts after product costs.

Total the teams alleged commissions and divide that by 12 points then multiply that number by 100.

No way to be dropped from something I was never a part of. All the money went directly into your accounts. I request a full accounting of my sales and monies received and to be paid commensurate with my contract with Tiger Creek.

You will see the numbers do not



Text Message



 
You will see the numbers do not match up to funds received

I don't know the team sales. I just know mine

Where did this money go then, if you didn't receive it all?

I just sent it above

King Consultants

How? They don't have a merchant account?

They collected over $12k in wires

Thier bank records show otherwise

Maybe they have another company

Who knows?

Again. I don't work for them. So



Text Message




Again. I don't work for them. So if you paid my money to them. That is a huge problem for you

Im not concerned

It will all come out in discovery

What discovery?? There is no legal action!

Brian, This is insane. There are only two companies that have not paid me in this industry. You are the second one to not pay me. You are the first one to abandon me completely. I am owed commissions on deals. We have a contract, and I am not in litigation with you. So, you, my employer, are not talking to me, refusing to pay me, and are in breach of the contract that required to give me notice of my termination. You say you have teams in three states, but I don't see where you even registered

    Text Message     ⬆


see where you even registered for the states. You say you didn't receive money from the sales, but most of mine were collected on credit cards that were processed and I confirmed they were processed. I hope you start to honor your word and you realize the clients expect their needs to be met and you don't look at them merely as dollar signs. We worked for Tiger Creek and withholding our commissions is not appropriate.

Are you referring to UGA money?

Im sure some was ran with UGA

You are very tight with sean and scott

No actually I'm not

I used to be. But after this last fiasco I'm done

 Text Message


Nothing more to discuss until mediation or litigation is over.

There is plenty to discuss as I'M NOT IN LITIGATION WITH YOU!

We know much more than you or they realize

Then you also know you broke your contract and owe me money

Karen ran all the cards and processed the UGA so it couldn't have gone to them

They broke contract and you broke contract when you all walked off the sales floor

Wrong. There were no more tours and the day was over.

I cannot disclose what they did or didnt do

  Text Message


No one called us to tell us what to do

You already have disclosed that information.

You know sales are 3 days, you also knew time and location of sales Tuesday and Wednesday

Ok

Josh told us we would be contacted

So now you know

And not to do anything

Then we were never contacted, and left stranded in Houston.

And hotel rooms cancelled

We didn't cancel rooms, king checked all of you out <u>at</u> 11:41am

Text Message



**B**

Brian Werner Tiger Creek

Call hotel manager if you need to do so

You guys are seen on video footage loading up in rentals

Furtherance all return flights were occupied

You're not being very truthful. I'd recommend that you contact the consultation company that you work for ( King ).

Ok if that's what you believe, and as you are obviously not going to pay me per my legal employment contract with Tiger Creek, then I see no further need for discussion at this point.

I never said our company wouldnt pay.

I said after legal matters are resolved, after audits and then after product costs or 100

Text Message


to do so

You guys are seen on video footage loading up in rentals

Furtherance all return flights were occupied

You're not being very truthful. I'd recommend that you contact the consultation company that you work for ( King ).

Ok if that's what you believe, and as you are obviously not going to pay me per my legal employment contract with Tiger Creek, then I see no further need for discussion at this point.

I never said our company wouldnt pay.

I said after legal matters are resolved, after audits and then after product costs or 100 percent fully funded sales

Text Message

AF




EXAMPLE, CASTRO COMMISSIONS IS $709.44 at 12%




Its in our business model, not retro active.

Then give me a breakdown

I did, 18 percent plus $288. Now go do the math

This covers resort, trademarks, infinite, and Tiger Creek

Your buddies know that from our original proposal

Ok first off, it's not in my contract with you and let's keep this professional. They aren't my "buddies"

To begin with there is our charter, and its SOP, then the acknowledgements within our proposed agreement that was rescinded. Your paid after product costs.

And where is that stated in my



Text Message


Today 4:23 PM

Our company model is what it is.

You can't apply it retroactively.

And if it's your business model then you should have a breakdown conveniently handy

Its in our business model, not retro active.

Then give me a breakdown

I did, 18 percent plus $288. Now go do the math

This covers resort, trademarks, infinite, and Tiger Creek

Your buddies know that from our original proposal

Ok first off, it's not in my contract with you and let's keep this professional. They aren't my "buddies"

